# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS W. ORR, ET AL.,** | CASE NO. 19-cv-01226-YGR |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |
| **WELLS FARGO BANK, FSB, ET AL.,** | |
| Defendants. | |

By Order issued April 12, 2019, plaintiffs were directed to file, by no later than Friday, May 10, 2019, an opposition to defendants' motion to dismiss (or statement of non-opposition). (Dkt. No. 27.) Therein, the Court warned plaintiffs that "Failure to file a response by that date will result in dismissal of this lawsuit for failure to prosecute." (*Id.*) As of the date of this Order, plaintiffs have not filed an opposition or statement of non-opposition, nor have they filed any other documents since defendants removed the action to this Court on March 6, 2019. (*See* Dkt. No. 1.)

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 24, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**